AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Antonio M. Strong<br><br>*Defendant(s)* | Case No. 20mj3166 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2016 to September 2019__ in the county of __Berkshire__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud |

This criminal complaint is based on these facts:

See attached Affidavit of Tyler Martin, sworn to telephonically on September 25, 2020.

☐ Continued on the attached sheet.

/s/ Tyler Martin
*Complainant's signature*

Tyler Martin, Special Agent, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/25/2020

/s/ Katherine A. Robertson
*Judge's signature*

City and state: Springfield, MA

Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF SPECIAL AGENT TYLER MARTIN
## IN SUPPORT OF A CRIMINAL COMPLAINT

I, TYLER MARTIN, having been sworn (telephonically), state:

### Introduction

1. I am a Special Agent with the United States Secret Service ("Secret Service"). I have been employed with the Secret Service since December 19, 2016 and am currently assigned to the Boston Field Office. I have been involved in investigations related to fraud and white-collar crimes since August of 2017. Since joining the Secret Service, I have investigated violations of federal law, and currently investigate violations involving counterfeiting, bank fraud, wire fraud, mail fraud, and other complex financial crimes. During my investigations, I have written and executed search warrants; interviewed victims, witnesses, and suspects; and conducted arrests. Prior to my employment with the United States Secret Service, I was employed for approximately one year as a Maine State Trooper and for approximately five years as a Hillsborough County (Florida) Sheriff's Deputy.

2. I respectfully submit this Affidavit in support of a Criminal Complaint charging that, in the District of Massachusetts and elsewhere, from in or around May 2016 through in or around September 2020, the defendant ANTONIO M. STRONG ("STRONG" or "the defendant"), did conspire with Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3, and others known and unknown to commit the following offense: wire fraud, that is, having devised and intending to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures and sounds, for the purpose of executing the scheme to defraud, in violation of Title 18, United States Code, Section 1343, and all in violation of Title 18, United States Code,

1

Section 1349.

3. The facts in this Affidavit come from my personal observations and review of records and other evidence, my training and experience, and information obtained from other agents and witnesses. This Affidavit includes only those facts I believe are necessary to establish probable cause for the requested Criminal Complaint and does not include all the facts uncovered during the investigation. Unless otherwise specified, all dates, times, and amounts are approximate and all conversations are in sum and substance.

### The Conspiracy and the Scheme to Defraud

4. From on or about May 22, 2016 until on or about September 12, 2019, STRONG conspired with other co-conspirators known and unknown (the "co-conspirators"), including Co-Conspirator 1, Co-Conspirator 2, and Co-Conspirator 3, to defraud numerous businesses and individuals throughout the United States by possessing, using, and transferring unauthorized and stolen payment card account information (the "illicit account information") to obtain valuable goods and services.

5. The goods and services included private jet charters, private yacht charters, exotic car rentals, luxury hotel and vacation rental accommodations, private chef and security guard services, designer puppies, limousine and chauffer services, commercial airline flights, consumer goods, and meals and other incidentals.

6. The illicit account information included the actual cardholders' names, addresses, payment card account numbers, security codes, and account expiration dates.

7. Generally, because the defendant and his co-conspirators provided authentic payment card information, the defrauded businesses and individuals successfully processed their transactions and provided the goods and services.

8.  Generally, the actual cardholders discovered these transactions on their accounts and disputed the charges. The actual cardholders' payment card companies then reversed their payments and charged back the transactions to the businesses and individuals, which consequently suffered losses in the amounts of the unauthorized transactions.

9.  When confronted by law enforcement, the defendant provided false statements by denying involvement in and knowledge of the conspiracy in order for the conspiracy to avoid detection.

## Purposes of the Conspiracy and the Scheme to Defraud

10. The principal purposes of the conspiracy and the scheme to defraud included the following:

    a.  to obtain the illicit account information;

    b.  to transfer and share the illicit account information among themselves and others;

    c.  to use the illicit account information to obtain goods and services for the benefit of the defendant and others;

    d.  to disguise their actual identities from the defrauded businesses and individuals in order for the conspiracy to avoid detection from law enforcement; and

    e.  to provide false statements to law enforcement in order for the conspiracy to avoid detection.

## Manner and Means of the Conspiracy and the Scheme to Defraud

11. Among the manner and means by which the defendant and his co-conspirators carried out the conspiracy and the scheme to defraud were the following:

    a.  obtaining the illicit account information (which they called "cards,"

"moves," or "joints") from dark web sites and from co-conspirators;

    b. transferring the illicit account information to each other through text messages, social media messages, e-mails, and oral telephone conversations;

    c. presenting the illicit account information to defrauded businesses and individuals through online bookings, text messages, social media messages, e-mails, and oral telephone conversations;

    d. using aliases, the names of actual cardholders or real persons, and false or unauthorized state identifications and driver's licenses, in their communications with businesses and individuals;

    e. executing contracts and payment card authorization forms using aliases and the names of actual cardholders or other real persons; and

    f. using e-mail accounts in the names of aliases, real businesses, and fictitious entities.

Acts in Furtherance of the Conspiracy and the Scheme to Defraud

  12. As further part of the conspiracy and the scheme to defraud, the defendant and his co-conspirators undertook the following:

The Private Chef and Private Security Guard Services Frauds

    a. On or about May 22, 2016, STRONG used illicit account information to make a fraudulent and unauthorized payment for private chef services at a party in a rental home in Sunny Isles, Florida.

    b. On or about May 22-26, 2016, STRONG used the name "Bill Starkman," the e-mail address starkmanbill@gmail.com, and illicit account information to make fraudulent

and unauthorized payments for private security guard services at the Sunny Isles rental home.

The Private Yacht Charter Fraud

    c. On or about June 15, 2016, STRONG used the name "Michael Starkman," the e-mail address faheemchicago@gmail.com, the company name "Glo Gang Worldwide," and illicit account information to make a fraudulent and unauthorized payment for a private yacht charter in Orland Park, Illinois.

The Private Jet Company 1 Fraud

    d. On or about March 14, 2017, STRONG used the e-mail address globalsociety2017@gmail.com, the name of a real individual ("Individual 1"), the company name "Epic Music," and illicit account information to make a fraudulent and unauthorized payment with Private Jet Company 1, which operated from its offices in Massachusetts, for a charter from Miami, Florida to Chicago, Illinois for STRONG, under the name of Individual 1 on the passenger list, and three other people. On or about March 15, 2017, these individuals flew on the charter from Miami to Chicago.

    e. On or about March 16, 2017, STRONG used the name of Individual 1 and illicit account information, purportedly in the name of "Epic Music," to make a fraudulent and unauthorized payment to Private Jet Company 1 for a charter from Chicago to Austin, Texas for Co-Conspirator 1 and five other people. On or about March 16, 2017, these individuals flew on the charter from Chicago to Austin.

    f. On or about March 16, 2017, STRONG used the name of Individual 1 and illicit account information to make a fraudulent and unauthorized payment to Private Jet Company

1 for a charter from Chicago to Austin for seven people.  No passengers appeared for this flight.

The Commercial Airline Fraud

      g.      On or about November 12, 2017, STRONG sent Co-Conspirator 2 a text message containing illicit account information.

      h.      On or about November 12, 2017, Co-Conspirator 2 used that same account to make a fraudulent and unauthorized payment at the commercial airline for another individual to fly from Boston, Massachusetts to Atlanta, Georgia.  That day, Co-Conspirator 2 sent STRONG a text message containing a screen shot of a commercial airline booking for a flight from Boston to Atlanta in the name of Individual 2.

STRONG's Requests For, And Receipt Of, Illicit Account Information

      i.      On or about December 2, 2017, STRONG sent Co-conspirator 3 a text message asking to "[s]end . . . a move for a lyft" over text message.  Co-conspirator 3 sent a screen shot of illicit account information.  STRONG informed Co-conspirator 3 that the card did not work, and Co-conspirator 3 sent a screenshot containing details for additional illicit account information.

      j.      On or about December 14, 2017, STRONG sent Co-conspirator 3 a text message asking to "send me a move for 50 dollars."  Co-conspirator 3 sent STRONG a text message containing a screen shot of illicit account information for multiple accounts.

      k.      Also on or about December 14, 2017, STRONG sent a text message to Co-conspirator 2 asking for a "move."  Co-conspirator 2 sent STRONG a text message containing a screen shot of illicit account information for multiple accounts.

The Attempted Private Jet Company 2 Fraud

      l.      On or about December 27, 2017, Co-conspirator 2 sent STRONG a text

message containing a screen shot of illicit account information. STRONG then used the name "Stan Smith," the e-mail address globalmarketingworldwide@gmail.com, and that same account information to book a charter with Private Jet Company 2 from Chicago to Van Nuys, California on December 28, 2017.

    m.    On or about December 28, 2017, STRONG sent Co-conspirator 2 a text message containing a screenshot of an e-mail referencing the "trip sheet for today's flight." Later, STRONG sent Co-conspirator 2 a text message stating, "Here I come."

    n.    On or about December 28, 2017, STRONG sent Co-conspirator 3 a text message containing the flight itinerary with the message "Wea YAL at."

    o.    On or about December 28, 2017, STRONG, Co-conspirator 2, and Co-Conspirator 3, among others, arrived at a private jet terminal in Chicago to attempt to board the flight. STRONG and Co-conspirator 3 fled the scene when they saw law enforcement officers appear at the terminal.

The Hotel Fraud

    p.    On or about September 4, 2020, a co-conspirator used the name Justin David Melton, the e-mail account justinmeltonbookings@gmail.com, and illicit account information to make a fraudulent and unauthorized payment for rooms at a hotel in downtown Chicago, including Room 2309.

    q.    On or about September 12, 2020, STRONG possessed the hotel's keycard for Room 2309. That day, STRONG was arrested in Chicago on various state charges arising out

of fraud that he committed in Gwinnett County, Georgia, including charges of grand theft.[1]

Conclusion

5.　　Based on the information described above, I have probable cause to believe that from in or around May 2016 through in or around September 2020, in the District of Massachusetts and elsewhere, the defendant ANTONIO M. STRONG violated Title 18, United States Code, Section 1349.

Sworn to under the pains and penalties of perjury telephonically:

/s/ TYLER MARTIN
TYLER MARTIN
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me telephonically:

Dated: September 25, 2020

/s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge
District of Massachusetts

---

[1] STRONG is currently detained in Chicago on these state charges and awaiting extradition.