UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1)    ANTONIO STRONG, also known as )<br>"T-Glo," "Tony Glo," "Tonio," "Antonio )<br>Strom," "Michael Starkman," "Richard )<br>O'Malley," "Michael Lee," "Mark Daniels," )<br>"Sergio Parker," "Michael Leary," "Charles )<br>Gaut," "Darren Geiger," "Stan Smith," and )<br>"Tyson Kocher," )<br>)<br>(2)    HERBERT WRIGHT III, also known )<br>as "Herb," "Lil Herb," "G Herbo," and )<br>"Herbert Light," )<br>)<br>(3)    JOSEPH WILLIAMS, also known as )<br>"Joe Rodeo," Rockstar Rodie," and "Rodie," )<br>)<br>(4)    STEVEN HAYES, JR., )<br>)<br>(5)    DEMARIO SORRELLS, also known )<br>as "Jonte" and "Johntay," and )<br>)<br>(6)    TERRENCE BENDER, also known as )<br>"Blends" and "Dopeblends," )<br>)<br>         Defendants. ) | Crim. No. 20-30033-MGM |

GOVERNMENT'S ASSENTED-TO STATUS REPORT AND
MOTION TO CONTINUE STATUS CONFERENCE AND FOR EXCLUDABLE DELAY

The United States of America, by Joshua S. Levy, Acting United States Attorney for the District of Massachusetts and Assistant United States Attorney Steven H. Breslow and Trial Attorneys Andrew R. Tyler and Kyle Crawford of the U.S. Department of Justice in the Criminal Division, Fraud Section (the "Government"), with the assent of counsel for the defendants Antonio M. Strong ("Strong") (Timothy Watkins, Esq.), Joseph Williams ("Williams") (Paul

Rudof, Esq.), Steven Hayes, Jr. ("Hayes") (Thomas J. O'Connor, Esq.), Demario Sorrells ("Sorrells") (Jared Olanoff, Esq.) and Terrence Bender (Bernard T. O'Connor, Esq.) (collectively, "defendants" and "defense counsel"), hereby files the instant Status Report pursuant to Local Rule 116.5(a).

<u>Prior Orders Of Excludable Delay</u>

1. The period from the defendants' initial appearance on December 7, 2020 to December 15, 2022 has been excluded from the Speedy Trial Clock.   (D.106, 111, 121, 149, 160-61, and 173).

<u>Prior Periods Of Agreed-Upon Excludable Delay</u>

2. The Court and the parties have also previously agreed that the period from December 15, 2022 to October 17, 2023 should be excluded from the Speedy Trial Clock. (D.201, 206, 208, 211, 213, 220, 231).

3. On July 30, 2023, the Government filed an Assented-To Status Report and Motion For Excludable Delay for the period from December 15, 2022 to September 29, 2023.   (D.230). That motion has not yet been acted upon.

<u>Recent Events</u>

4. On October 17, 2023, United States District Judge Mark G. Mastroianni cancelled the status conference scheduled for that day and directed the parties to file a status report by October 27, 2023.   (D.244-45).

5. On October 26, 2023, the Government filed an Assented-To Status Report stating that it and defendants Williams, Hayes, Sorrells, and Bender had reached agreements in principal to resolve their cases and the Government had provided final plea agreements to their respective counsel.   (D.248).

6. On January 11, 2024, District Judge Mastroianni sentenced defendant Herbert Wright III and subsequently entered his Judgment and Amended Judgment. (D.268, 277, and 277).

7. On February 1, 2024, District Judge Mastroianni set defendant Joseph Williams's Rule 11 hearing for March 8, 2024. (D.278).

8. On February 2, 2024, defendant Demario Sorrells pleaded guilty and District Judge Mastroianni set his sentencing for May 28, 2024. (D.279).

9. The Government is actively engaging in plea negotiations with defense counsel for the remaining defendants: Antonio M. Strong, Steven Hayes, Jr., and Terrence Bender.

10. The Government has provided a proposed plea agreement to counsel for defendant Strong. The Government's plea discussions with counsel for defendant Strong have proceeded substantially, and counsel for both parties expect that they will be able to finalize these negotiations on or before April 8, 2024.

11. The Government expects to receive a response from defendant Hayes on his proposed plea agreement on or before February 21, 2024.

12. On December 28, 2023, District Judge Mastroianni appointed Bernard T. O'Connor to replace Tracy Duncan, Esq. as counsel for defendant Bender. (D.257).

13. On January 30, 2024, at the Government's request, Attorney O'Connor provided the Government with a 5-Terabyte drive to load the discovery it had previously produced to Attorney Duncan. Also on January 30, 2024, the Government provided Attorney O'Connor with the proposed plea agreement it had previously provided to Attorney Duncan on October 26, 2023. The Government expects to provide the discovery to Attorney O'Connor on or before February 14, 2024 and will expeditiously purse plea negotiations with him.

14. There are no outstanding formal discovery requests, although counsel for defendant Bender will require until at least April 8, 2024 to review the discovery and discuss its import with the Government and his client.

15. The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(b) or a schedule for the timing of expert witness disclosures.

The Current Request For A Continuance And Order Of Excludable Delay

16. The parties jointly request a continuance of the status conference from February 7, 2024 until approximately April 8, 2024 and state that this period should be excluded pursuant to Local Rule 112.2 and 18 U.S.C. § 3161(h)(7)(A), to permit counsel for defendant Strong and defendant Hayes to conclude their plea negotiations with the Government and to permit counsel for defendant Bender to (a) review the voluminous discovery; (b) investigate the evidence and possible defenses; (c) develop its own discovery; (d) evaluate the need for, and to prepare, and/or pre-trial motions; and (e) engage in plea negotiations with the Government, all of which provide the basis for the Court to find that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

17. Attached is a proposed order for a continuance and for excludable delay for the period from December 15, 2022 to April 8, 2024 or the date of the next status conference.

>
> Respectfully submitted,
>
> JOSHUA S. LEVY
> Acting United States Attorney
>
> By: /s/ Steven H. Breslow
> STEVEN H. BRESLOW
> (NY2915247)
> Assistant U.S. Attorney
> 300 State Street, Suite 230
> Springfield, MA 01105

Digitally signed by Steven H. Breslow
Date: 2024.02.07 10:47:53 -05'00'

413-785-0330
steve.breslow@usdoj.gov

ANDREW R. TYLER
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 616-2634
andrew.tyler@usdoj.gov

KYLE CRAWFORD
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 794-4010
kyle.crawford@usdoj.gov

Dated:   February 7, 2024

## Certificate of Service

I hereby certify that this document filed under seal will be sent by e-mail to the registered participants as identified on the Notice of Electronic Filing.

By:   */s/ Steven H. Breslow*
STEVEN H. BRESLOW
Assistant U.S. Attorney